# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-02492-REB-BNB

Centennial Journal Publishing of Colorado, Inc., a Colorado Corporation,

    Plaintiff,

Vs.

Diane Freeze, an individual and Colorado resident,

    Defendant.

## PRELIMINARY INJUNCTION

This matter having come before the Court on the parties' Stipulated Motion for a Preliminary Injunction [#20] filed January 11, 2009, and the Court having found that the motion should be granted and that the stipulated preliminary injunction should be entered:

THEREFORE, THE COURT ORDERS that the parties' Stipulated Motion for a Preliminary Injunction [#20] filed January 11, 2009, is granted.

IT IS FURTHER ORDERED that defendant, Dianne Freeze, shall immediately dissolve Airport Journals LLC, a Colorado LLC, and Living Legends of Aviation, Inc., a Colorado corporation.

IT IS FURTHER ORDERED that, pending further order of this Court, defendant Diane Freeze, her attorneys, officers, agents, servants, employees, and any and all other persons in active concert or participation with them, shall be and they hereby are enjoined from (a) using the marks Airport Journals or Living Legends of Aviation ("Marks") or any colorable imitation thereof; (b) using any trademark or service mark that imitates or is confusingly similar to or in anyway similar to the Marks, or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Plaintiff's products or their connectedness to Defendant.

IT IS FURTHER ORDERED that this order and preliminary injunction shall be effective from and after the date signed by the Court below and shall remain in effect pending hearing on a permanent injunction, or until further order of Court.

DONE AND ORDERED at Denver, Colorado, January 20, 2009.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge