**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02492-REB-BNB

CENTENNIAL JOURNAL PUBLICATIONS OF COLORADO, LLC, a Colorado LLC,

    Plaintiff and Counter-Defendant,

v.

DIANE FREEZE, an individual residing in Colorado,

    Defendant and Counter-Plaintiff,

v.

JERR LIPS, an individual,

    Third-Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal** [#32] filed April 13, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action and all claims except defendant/counter-plaintiff's counterclaims #4 and #5 should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal** [#32] filed April 13, 2009, is **APPROVED**;

    2. That this action and all claims, except defendant/counter-plaintiff's counterclaims #4 and #5, are **DISMISSED WITH PREJUDICE**;

    3. That to the extent supplemental jurisdiction exists over counterclaims #4 and #5, such claims are **DISMISSED WITHOUT PREJUDICE** pursuant to the Dismissal and

Settlement Agreement;

4.  That Jerry Lips did not make an appearance in this action, and any claims against him are **DISMISSED WITHOUT PREJUDICE**;

5.  That the terms and provisions of the Settlement Agreement are embodied and incorporated herein by this reference;

6.  That breach of the Settlement Agreement by either party shall be deemed a violation of this order;

7.  That the court retains jurisdiction over the Settlement Agreement and reserves jurisdiction to enforce the terms of the Settlement Agreement and this order;

8.  That this action and all counterclaims and third party claims are closed administratively; and

9.  That any pending motion is **DENIED** as moot.

Dated April 13, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge